UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**JEFFREY JOHANSEN,**

                              Plaintiff,

    -against-                                    02-CV-1297
                                                                        (LEK/DEP)

**JO ANNE B. BARNHART,**
Commissioner of Social Security,

                              Defendant.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on June 10, 2005 by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(d) of the Northern District of New York.

Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," Fed. R. Civ. P. 72(b), in compliance with L.R. 72.1. In the interval of at least fifteen days since the Magistrate Judge filed the subject Report-Recommendation, no objections to it have been raised. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

ORDERED, that the Report-Recommendation is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

ORDERED, that the defendant's motion for judgment on the pleadings is **GRANTED**, that

the Commissioner's determination is **AFFIRMED**, and plaintiff's complaint is **DISMISSED**; and it is further

>ORDERED, that the Clerk serve a copy of this order on all parties.

>IT IS SO ORDERED.

>DATED:   July 26, 2005
>             Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge